# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gritzner, James E. | U.S. District Court SDIA | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
123 East Walnut Street
Des Moines, IA
50309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Dakota Wesleyan University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    Brokerage Acct. #1 | | | | | | | | | |
| 2.    -USB Cash Reseerves Fund | A | Dividend | J | T | | | | | |
| 3.    -Baird Strategic Muni Bond Fd | A | Dividend | K | T | Buy | 12/18/20 | K | | |
| 4.    -Bank of America PFD 5.875% | A | Dividend | J | T | Sold<br>(part) | 02/18/20 | K | B | |
| 5.    -BlackRock Multi Sector Inc. | A | Dividend | | | Sold | 01/27/20 | K | A | |
| 6.    -Columbia Strategic Income Fd | A | Dividend | | | Sold<br>(part) | 02/18/20 | L | B | |
| 7. | | | | | Sold<br>(part) | 03/10/20 | K | | |
| 8. | | | | | Sold | 06/26/20 | J | | |
| 9.    -Doubleline Low Duration | A | Dividend | | | Buy<br>(add'l) | 03/10/20 | K | | |
| 10. | | | | | Sold<br>(part) | 02/18/20 | L | | |
| 11. | | | | | Sold | 05/08/20 | L | | |
| 12.    -JPMorgan Chase Pfd | A | Dividend | | | Sold | 02/04/20 | K | | |
| 13.    -FPA New Income | A | Dividend | K | T | Buy | 10/06/20 | K | | |
| 14. | | | | | Sold<br>(part) | 02/18/20 | K | A | |
| 15.    -Pimco Pfd & Cap. Securities | A | Dividend | | | Buy | 02/03/20 | K | | |
| 16. | | | | | Sold<br>(part) | 02/18/20 | J | A | |
| 17. | | | | | Sold | 06/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Pimco Short Duration Muni Fc | A | Dividend | K | T | Buy | 05/08/20 | L | | |
| 19. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 20. | | | | | Sold<br>(part) | 10/06/20 | K | A | |
| 21. -Wells Faergo & Co. Pfd | A | Dividend | J | T | Sold<br>(part) | 02/18/20 | J | B | |
| 22. -Wells Fargo Strategic Muni Bond | B | Dividend | | | Sold<br>(part) | 02/18/20 | M | C | |
| 23. | | | | | Sold | 12/18/20 | K | A | |
| 24. IRA#1 | | | | | | | | | |
| 25. -USB Liquid Assets Fd | A | Dividend | J | T | | | | | |
| 26. -Bank of America Corp. Prfd 6.00% | B | Dividend | K | T | | | | | |
| 27. -Columbia Strategic Income FD | B | Dividend | | | Buy<br>(add'l) | 01/16/20 | K | | |
| 28. | | | | | Sold<br>(part) | 08/07/20 | K | A | |
| 29. | | | | | Sold | 03/10/20 | M | | |
| 30. -Doubleline Low Dur. Bond fd. | C | Dividend | M | T | Buy | 03/10/20 | M | | |
| 31. | | | | | Sold<br>(part) | 12/21/20 | K | | |
| 32. -Federated Hermes Kaufman | A | Dividend | J | T | Buy | 03/27/20 | J | | |
| 33. -FPA New Income | C | Dividend | J | T | | | | | |
| 34. -JPMorgan Chase Pfd 3.875% | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -KKR & Co Pfd 6.5% | B | Dividend | K | T | | | | | |
| 36.  -MFS Intl. Value | B | Dividend | J | T | | | | | |
| 37.  -Morgan Stanley Ser | B | Dividend | L | T | Buy (add'l) | 06/26/20 | K | | |
| 38.  -PIMCO All Assets | C | Dividend | M | T | Buy (add'l) | 03/27/20 | M | | |
| 39. | | | | | Sold (part) | 03/18/20 | M | | |
| 40. | | | | | Sold (part) | 01/27/20 | J | | |
| 41.  -Principal Midcap Fd. | A | Dividend | K | T | Buy | 02/11/20 | K | | |
| 42.  -Schwab US Tips Etf | B | Dividend | K | T | Buy | 08/07/20 | K | | |
| 43.  -Sp;ider S&P 500 ETF | B | Dividend | K | T | | | | | |
| 44.  -T Rowe Price Global | A | Dividend | K | T | Buy | 12/21/20 | K | | |
| 45.  -U.S. Cellular Cor Pfd 7.25% | A | Dividend | | | Sold | 01/16/20 | K | B | |
| 46.  -Vanguard Index SM Cap | A | Dividend | | | Sold | 03/27/20 | J | | |
| 47.  -Wisdomtree Tr Midcap | A | Dividend | | | Sold | 02/11/20 | K | C | |
| 48.  IRA #2 | | | | | | | | | |
| 49.  -UBS Bank USA | A | Dividend | J | T | | | | | |
| 50.  -Accenture PLC Ireland CL A | A | Dividend | J | T | | | | | |
| 51. | | | | | Buy (add'l) | 04/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/21/20 | J | A | |
| 53. | | | | | Sold (part) | 11/18/20 | J | A | |
| 54. | | | | | Sold (part) | 11/19/20 | J | A | |
| 55. | | | | | Sold (part) | 11/20/20 | J | A | |
| 56.    -Adobe Systems Inc. (Delaware) | A | Dividend | J | T | Sold (part) | 02/21/20 | J | A | |
| 57. | | | | | Sold (part) | 05/14/20 | J | A | |
| 58. | | | | | Sold (part) | 11/18/20 | J | A | |
| 59.    -Alphabet Inc CL A | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 60. | | | | | Sold (part) | 02/21/20 | J | A | |
| 61. | | | | | Sold (part) | 05/14/20 | J | A | |
| 62.    -Amazon.com | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 63. | | | | | Sold (part) | 04/13/20 | J | A | |
| 64.    -Ameriprise Financial Inc. | A | Dividend | J | T | Buy (add'l) | 04/13/20 | J | | |
| 65. | | | | | Buy (add'l) | 08/17/20 | J | | |
| 66. | | | | | Sold (part) | 02/21/20 | J | A | |
| 67.    -Apple, Inc. | A | Dividend | J | T | Buy | 09/22/20 | J | | |
| 68. | | | | | Buy (add'l) | 09/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 08/17/20 | J | | |
| 70.    -American Tower Credit REIT | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 73. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 74.    -Boeing Company | A | Dividend | | | Sold | 02/21/20 | J | | |
| 75.    -Comcast Corp New Clk | A | Dividend | J | T | Buy<br>(add'l) | 02/21/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 77. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 78. | | | | | Sold<br>(part) | 09/22/20 | J | A | |
| 79.    -Costco Wholesale Corp. | A | Dividend | J | T | Sold<br>(part) | 02/21/20 | J | A | |
| 80. | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 81. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 82.    -Danaher Corp. | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 83. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 84. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 85. | | | | | Sold<br>(part) | 08/17/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/23/20 | J | A | |
| 87. | | | | | Sold (part) | 10/26/20 | J | A | |
| 88.    -Dollar Gen Corp New | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 89. | | | | | Buy (add'l) | 10/23/20 | J | | |
| 90. | | | | | Buy (add'l) | 10/26/20 | J | | |
| 91.    -Facebook Inc. | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 92. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 93. | | | | | Sold (part) | 08/17/20 | J | A | |
| 94.    -Fidelity Nat'. Information | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 95. | | | | | Buy (add'l) | 11/18/20 | J | | |
| 96. | | | | | Buy (add'l) | 11/19/20 | J | | |
| 97. | | | | | Buy (add'l) | 11/20/20 | J | | |
| 98. | | | | | Sold (part) | 04/13/20 | J | | |
| 99.    -Home Depot Inc. | A | Dividend | J | T | Sold (part) | 02/21/20 | J | A | |
| 100. | | | | | Sold (part) | 04/13/20 | J | A | |
| 101. | | | | | Sold (part) | 09/22/20 | J | A | |
| 102.  -Honeywell Intl. | A | Dividend | J | T | Buy (add'l) | 08/17/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/21/20 | J | A | |
| 104. | | | | | Sold (part) | 04/13/20 | J | A | |
| 105. | | | | | Sold (part) | 05/14/20 | J | A | |
| 106. | | | | | Sold (part) | 11/18/20 | J | A | |
| 107. | | | | | Sold (part) | 11/19/20 | J | A | |
| 108. | | | | | Sold (part) | 11/20/20 | J | A | |
| 109. -Intercontinental Exchange Grp | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 110. | | | | | Sold (part) | 04/13/20 | J | A | |
| 111. | | | | | Sold (part) | 05/14/20 | J | A | |
| 112. -Lauder Estee Cos. | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 113. | | | | | Sold (part) | 04/13/20 | J | A | |
| 114. | | | | | Sold (part) | 09/09/20 | J | A | |
| 115. | | | | | Sold (part) | 09/10/20 | J | A | |
| 116. -Lowes Companies Inc | A | Dividend | J | T | Buy (add'l) | 02/21/20 | J | | |
| 117. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 118. | | | | | Sold (part) | 04/13/20 | J | A | |
| 119. | | | | | Sold (part) | 09/22/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Metronic PLC | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 122.  -Microsoft | A | Dividend | J | T | Buy<br>(add'l) | 02/21/20 | J | | |
| 123. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 124. | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 125. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 126. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 127.  -Mondelez Intl | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 128. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 129. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 130. | | | | | Sold<br>(part) | 11/18/20 | J | A | |
| 131. | | | | | Sold<br>(part) | 11/19/20 | J | A | |
| 132.  -OReilly Automotive Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/21/20 | J | | |
| 133. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 134.  -Parker Hannifin Corp. | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 135. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 136. | | | | | Buy<br>(add'l) | 11/20/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 138. | | | | | Sold<br>(part) | 05/14/20 | J | | |
| 139.  -Rockwell Automation Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/21/20 | J | | |
| 140. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 141. | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 142. | | | | | Sold<br>(part) | 09/09/20 | J | A | |
| 143. | | | | | Sold<br>(part) | 09/10/20 | J | A | |
| 144.  -Salesforce.com | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 145. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 146.  -Sherwin Williams Co. | A | Dividend | J | T | Buy | 05/14/20 | J | | |
| 147.  -Thermo Fisher Scientific | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 148. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 149. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 150. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 151.  -TJX Cos. Inc. | A | Dividend | J | T | Buy<br>(add'l) | 02/21/20 | J | | |
| 152. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 153. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 08/17/20 | J | | |
| 155.  -United Health Group | A | Dividend | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 156. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 157. | | | | | Sold<br>(part) | 05/14/20 | J | A | |
| 158.  -VISA Inc. CL A | A | Dividend | J | T | Buy<br>(add'l) | 05/15/20 | J | | |
| 159. | | | | | Buy<br>(add'l) | 11/18/20 | J | | |
| 160. | | | | | Buy<br>(add'l) | 11/19/20 | J | | |
| 161. | | | | | Sold<br>(part) | 02/21/20 | J | A | |
| 162. | | | | | Sold<br>(part) | 04/13/20 | J | A | |
| 163. | | | | | Sold<br>(part) | 08/17/20 | J | A | |
| 164.  -Walt Disney Co | A | Dividend | | | Sold<br>(part) | 02/21/20 | J | A | |
| 165. | | | | | Sold | 05/13/20 | J | | |
| 166.  West Des Moines State Bank | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gritzner, James E.** | 05/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 05/05/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Gritzner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544